Certificate Number: 16339-GAN-DE-041401237

Bankruptcy Case Number: 26-11441

16339-GAN-DE-041401237

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2026, at 2:35 o'clock PM EDT, Jerrika Wright completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: September 2, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor